

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SIYUAN LIU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-415-A |
| | § | |
| LEE F. JACKSON, As Chancellor | § | |
| of the University of North | § | |
| Texas System, ET AL., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT AS TO CERTAIN PARTY

Consistent with the motion to dismiss defendant Dr. Roberto Cardarelli ("Cardarelli") filed by plaintiff, Siyuan Liu,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against Cardarelli in the above-captioned action be, and are hereby, dismissed with prejudice.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal accomplished by this final judgment.

SIGNED October 20, 2009.

JOHN McBRYDE
United States District Judge